under its schedule of rates, fares and charges for the transportation of passengers and their baggage, filed with the public service commission, its liability was limited to $300.

*Amos Van Etten* for appellant.

*John L. Fray* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, COLLIN, CUDDEBACK, HOGAN, CARDOZO and SEABURY, JJ. Absent: WILLARD BARTLETT, Ch. J.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* EDWARD MENDEL, Appellant.

*People* v. *Mendel*, 165 App. Div. 912, affirmed.
(Argued April 29, 1915; decided May 14, 1915.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered November 27, 1914, which affirmed a judgment of the Court of General Sessions of the Peace in the county of New York rendered upon a verdict convicting the defendant of the crime of robbery in the first degree.

*Frank Hendrick* and *Louis Spiegel* for appellant.

*Charles A. Perkins, District Attorney* (*Robert C. Taylor* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, COLLIN, CUDDEBACK, HOGAN, CARDOZO and SEABURY, JJ.

---

SIGMUND KORNBERG, Appellant, *v.* BOGUNIEL LASKI et al., Respondents.

*Kornberg* v. *Laski*, 154 App. Div. 937, affirmed.
(Submitted April 29, 1915; decided May 14, 1915.)

APPEAL from a judgment entered March 8, 1913, upon an order of the Appellate Division of the Supreme Court

in the first judicial department overruling plaintiff's exceptions, ordered to be heard in the first instance by the Appellate Division, denying a motion for a new trial and directing judgment in favor of defendants dismissing the complaint in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendants, his employers. Plaintiff alleged that while operating a machine for the purpose of cutting paper, which necessitated the placing of his hands near or between certain knives, in the confidence that a foot brake was in proper working order, he operated the same in order to stop the said machine, when unexpectedly and without notice the brake failed to work or operate and the machine and knives continued in operation and came in contact with his right hand, cutting off several fingers. On the trial neither the machine nor any other part of the defendants' equipment was shown to be in any way defective, out of order, or unsuitable for the purpose for which it was used.

*Samuel Meyers* and *Herman Druck* for appellant.

*Edward P. Mowton* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J.. HISCOCK, COLLIN, CUDDEBACK, HOGAN, CARDOZO and SEABURY, JJ.

---

ANNIE M. GREENE, Appellant, *v.* MARY A. GREENE et al., Respondents, Impleaded with Others.

*Greene* v. *Greene*, 154 App. Div. 956, affirmed.
(Argued April 29, 1915; decided May 14, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 30, 1913, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court on trial at Special Term in an action brought